United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PETER NOCCHIERO, et al.,

          Plaintiffs,

    v.

CANYON BICYCLES USA, INC.,

          Defendant.

Case No. 25-cv-04066-HSG

**SCHEDULING ORDER**

A case management conference was held on May 26, 2026. Having considered the parties' proposal, *see* Dkt. No. 63, the Court **SETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
|---|---|
| Amendment of Pleadings/ Joinder | July 24, 2026 |
| Close of Discovery | October 2, 2026 |
| Plaintiffs' Motion for Class Certification | November 6, 2026 |
| Defendants' Opposition to the Motion for Class Certification | December 4, 2026 |
| Plaintiffs' Reply in Support of the Motion for Class Certification | December 18, 2026 |
| Hearing on Plaintiffs' Motion for Class Certification | January 21, 2027, at 2:00 p.m. |

//

//

//

//

These dates may only be altered by order of the Court and only upon a showing of good cause. The parties are directed to review and comply with this Court's standing orders. The Court further **LIFTS** the discovery stay, Dkt. No. 50 at 17–19, and confirms, as noted at the case management conference, that class certification and merits discovery are not bifurcated. This terminates Dkt. No. 63.

**IT IS SO ORDERED.**

Dated:    6/2/2026

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge

United States District Court
Northern District of California

2